

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,093-01

## EX PARTE ANTHONY MOLINA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR16001830-F(1) IN THE 214TH DISTRICT COURT FROM NUECES COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of burglary of a habitation, third-degree deadly conduct, misdemeanor deadly conduct, and evading arrest. He was sentenced to imprisonment for one term of twenty years, two terms of ten years, and one term of one year. The Thirteenth Court of Appeals affirmed the judgment of conviction in his burglary case. *Molina v. State*, No. 13-17-00171-CR (Tex. App.—Corpus Christi June 28, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the State engaged in misconduct, the trial court erred, and trial and appellate counsel were ineffective. The claims related to Applicant's misdemeanor conviction for

deadly conduct are dismissed.  *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(a).  The claims relating to his other convictions are denied.  Accordingly, this application is dismissed in part and denied in part.

Filed: December 18, 2019
Do not publish